**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01418-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

DALE RICHARDSON,

      Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
OFFICER ALEXANDER,
AURORA ICE PROCESSING CENTER, and
J. CHOATE,

      Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner, an immigration detainee at a detention center in Aurora, Colorado, has submitted to the court a pleading captioned "Ex Parte Petition for Writ of Habeas Corpus" (ECF No. 1).[1] As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the pleading is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Petitioner files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _____ is not submitted
(2) _____ is missing affidavit
(3) _____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _____ is missing certificate showing current balance in prison account
(5) _____ is missing required financial information
(6) _____ is missing authorization to calculate and disburse filing fee payments
(7) _____ is missing an original signature by the prisoner
(8) _____ is not on proper form (must use the court's current form)
(9) _____ names in caption do not match names in caption of complaint, petition or habeas application
(10) _____ other: _____.

**Complaint, Petition or Application**:

(11) _____ is not submitted
(12) xx is not on proper form (must use the court's current form)
(13) _____ is missing an original signature by the prisoner
(14) _____ is missing page nos. _____
(15) _____ uses et al. instead of listing all parties in caption
(16) _____ names in caption do not match names in text
(17) _____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: portions of pleading are not legible.

Accordingly, it is

ORDERED that Petitioner cure the deficiency designated above **within thirty**

**(30) days from the date of this order**. Any papers that Petitioner files in response to

this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of Court mail to Petitioner, together with a

copy of this order, a blank copy of the following form: Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiency

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice. The dismissal shall be without prejudice.

DATED May 26, 2021.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge