**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01418-GPG

DALE RICHARDSON,

      Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
OFFICER ALEXANDER,
AURORA ICE PROCESSING CENTER, and
J. CHOATE,

      Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

Petitioner initiated this action by filing pro se an "Ex Parte Petition for Writ of Habeas Corpus" (ECF No. 1) and paying the $5.00 filing fee for a habeas corpus action. On May 26, 2021, the Court entered an Order Directing Petitioner to Cure Deficiency (ECF No. 3) directing Petitioner to file an amended pleading using the District of Colorado habeas corpus pleading form. The Court also noted that portions of the "Ex Parte Petition for Writ of Habeas Corpus" (ECF No. 1) were not legible.

In response to the Court's May 26 order Petitioner has submitted a legible copy of the "Ex Parte Petition for Writ of Habeas Corpus" (ECF No. 5) and a letter (ECF No. 4) arguing he is not required to use the court-approved form. Petitioner is mistaken. *See* D.C.COLO.LCivR 5.1(c) ("If not filed electronically, an unrepresented prisoner or party shall use the procedures, forms, and instructions posted on the court's website.").

Petitioner will be given one more opportunity to cure the deficiency in this action by filing on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner shall have thirty days from the date of this Minute Order to cure the deficiency. Petitioner is reminded that the action will be dismissed without further notice if he fails to cure the deficiency within the time allowed.

Dated:   June 28, 2021

---