IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01418-LTB

DALE J. RICHARDSON,

      Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
OFFICER ALEXANDER,
AURORA ICE PROCESSING CENTER, and
J. CHOATE,

      Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 5, 2021, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 5th day of August, 2021.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/T. Vo
      Deputy Clerk